Matter of Mirzakandov v Mazal U Bracha, LLC (2023 NY Slip Op 02664)

Matter of Mirzakandov v Mazal U Bracha, LLC

2023 NY Slip Op 02664

Decided on May 17, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on May 17, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
COLLEEN D. DUFFY
LINDA CHRISTOPHER
JOSEPH A. ZAYAS, JJ.

2022-02222
 (Index No. 717464/18)

[*1]In the Matter of Uriyel Mirzakandov, etc., et al., appellants, 
v
Mazal U Bracha, LLC, etc., respondent, Boris Musheyev, respondent-respondent.

Warren S. Hecht, Forest Hills, NY, for appellants.
Bruce Levinson, Katonah, NY, for respondent-respondent.

DECISION & ORDER
In a proceeding pursuant to CPLR article 75 to confirm an arbitration award dated November 22, 2017, the petitioners appeal from an order of the Supreme Court, Queens County (Joseph J. Risi, J.), dated March 10, 2022. The order, insofar as appealed from, denied that branch of the petitioners' motion which was for leave to renew the petition to confirm the arbitration award, which had been denied in an order of the same court entered July 20, 2020.
ORDERED that the appeal is dismissed, without costs or disbursements.
In light of our determination on a related appeal from an order entered July 20, 2020, this appeal must be dismissed as academic (see Matter of Mirzakandov v Mazal U Bracha, LLC, _____ AD3d _____ [Appellate Division Docket No. 2020-06322; decided herewith]).
DILLON, J.P., DUFFY, CHRISTOPHER and ZAYAS, JJ., concur.
ENTER:
Maria T. Fasulo
Clerk of the Court